McGREGOR W. SCOTT
United States Attorney
1  JEREMIE A. ARTHUR
   Special Assistant U.S. Attorney
2  PROSECUTION UNIT
   1 S. Rosamond Blvd.
3  Edwards, California 93523
   Telephone (661) 277-8120
4

5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )    CASE No. 05-MJ-00042 TAG
                                  )
10          Plaintiff,             )    MOTION AND ORDER FOR
                                  )    DISMISSAL OF INFORMATION
11 v.                              )
                                  )
12 ALISON WILSON,                  )
                                  )
13          Defendant.             )
                                  )
14                                 )

15
   The United States Attorney's Office, pursuant to Rule 48(a) of the
16
   Federal Rules of Criminal Procedure, dismissal by the Government,
17
   hereby moves to dismiss the Information against Alison Wilson,
18
   without prejudice, in the interest of justice.
19

20
                                      Respectfully submitted,
21
                                      McGREGOR W. SCOTT
22                                    United States Attorney

23
   DATED:   SEP 1 9 2005
24                              By
                                      JEREMIE A. ARTHUR
25                                    Special Assistant U.S. Attorney

26

27

28

## ORDER

1  IT IS HEREBY ORDERED that the information against Alison Wilson,
2  Case No. 05-MJ-00042 TAG, be dismissed, without prejudice, in the
3  interest of justice.
4
5  DATED: 9/21/2005                  _____
6                                    Theresa A. Goldner
                                     United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28