| | | | | | | |
|---|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | | VOUCHER NUMBER | |
| CAE | Wilson, Alison | | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |
| 5:05-000042-001 | | | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE (See Instructions) | |
| U.S. v. Wilson | Petty Offense | | Adult Defendant | | Criminal Case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-3800.P -- LARCENY AND THEFT, MISDEMEANOR OTHER

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Wallin, David M.
41319 12th Street West
Suite 101
Palmdale CA 93551

Telephone Number: (661) 267-1313

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
Law Offices of David M. Wallin
41319 12th Street West
Suite 101
Palmdale CA 93551

13. COURT ORDER
X O Appointing Counsel         C Co-Counsel
  F Subs For Federal Defender   R Subs For Retained Attorney
  P Subs For Panel Attorney     Y Standby Counsel
  Other (See Instructions)

Prior Attorney's Name: _____
Appointment Date: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order: 07/12/2005     Nunc Pro Tunc Date: 7/12/2005

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☒ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | .5 | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial  (pre-trial) | 1.5 | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00 )  TOTALS: | 2.0 | $180.00 | | | |
| 16. | a. Interviews and Conferences | 1.0 | | | | |
| Out of Court | b. Obtaining and reviewing records | .5 | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | 1.5 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00 )  TOTALS: | 3.0 | $270.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 30.38 | | 36.38 | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | $480.38 | | 486.38 | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM 7/12/05   TO   10/11/05

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION
01

22. CLAIM STATUS   ☒ Final Payment   ☐ Interim Payment Number ___   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☒ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☒ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: 11/3/05

APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| $180.00 | $270.00 | $36.38 | | $486.38 |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER         DATE  11/16/2005     28a. JUDGE / MAG. JUDGE CODE  72BJ

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.    DATE       34a. JUDGE CODE

NOV 09 2005